C. G. REDSTONE, *Appellant*, v. REDSTONE LUMBER & SUPPLY COMPANY, a corporation; and B. T. REDSTONE and JOHN H. ATKIN, *Appellees*.

Opinion filed April 15, 1931.

*C. P. Diamond,* for Appellant;
*Vocelle & Mitchell,* for Appellees.

228

230

Per Curiam.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court

as its opinion, it is considered, ordered, and decreed by the Court that the decree of the court below should be, and the same is hereby, affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.